UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-331 JAK (MRWx) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Merina v. Equus Computer Systems | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

   Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules.  (Docket # 21.)  The motion is accompanied by a statement that indicates that Defendant failed to engage in the meet-and-confer process with Plaintiff in accordance with this Court's Local Rule 37-1.  (Docket # 21-2 at 3-4.)

   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion."  Local Rule 7-12.  Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>May 4, at 3:00 p.m.</u>  If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.  If Defendant files an opposition to the motion – or substantive responses to the discovery requests – the Court will consider whether to set the matter for hearing or an informal telephone conference.